IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON M. WILLIAMS                                                              PLAINTIFF

v.                              Case No. 4:09-cv-836-DPM-JJV

KARL BYRD, Sheriff, Faulkner County;
BOBBY BROWN, Major, Faulkner
County Sheriff's Office; and NEAL,
Corporal, Faulkner County Sheriff's
Office                                                                        DEFENDANTS

ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations, *Document No. 52*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the recommendation as its own.

Defendants' motion for summary judgment, *Document No. 17*, is granted in part and denied in part. Williams's claim about being denied access to the grievance procedure is dismissed with prejudice. In all other respects, the motion for summary judgment is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2011