IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON M. WILLIAMS                                                                               PLAINTIFF

v.                                      No. 4:09-cv-836-DPM

KARL BYRD, Sheriff, Faulkner County;
BOBBY BROWN, Major, Faulkner
County Sheriff's Office; and NEAL,
Corporal, Faulkner County Sheriff's
Office                                                                                            DEFENDANTS

JUDGMENT

Pursuant to the parties' settlement and their joint motion to dismiss, Williams's case is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 November 2011